Jacob Klein, Appellant, v. Simon Benjamin, Respondent, Impleaded with Another. (Action B.) — Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York, Respondent, v. Sam Scheer and Morris Gladstone, Appellants.— Judgment affirmed. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

Commercial Credit Corporation, Respondent, v. Thomas N. Pinkerton, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

William A. Haupt, a Stockholder of Fonda-Haupt Company, Inc., on Behalf of Said Corporation and Other Stockholders, Appellant, v. Douw H. Fonda and Fonda-Haupt Company, Inc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.; Martin, J., dissents and votes for reversal.

Harry Hollander, Appellant, v. Ida E. Hollander, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

Tillie Lerner, Respondent, v. Max Schenkler and Carl Uffel, Individually and Doing Business, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Antonio Comincio, Deceased.— Decree affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ. [135 Misc. 733.]

The Bedell Company, Appellant, Respondent, v. Moses H. Harris, Respondent, Appellant.— Order so far as appealed from affirmed, without costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.; Merrell, J., dissents.

Herbert Bayard Swope, Respondent, v. James Reynolds, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.; O'Malley and Sherman, JJ., dissent and vote for affirmance.

Margaret Powell Swope, Respondent, v. James Reynolds, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.; O'Malley and Sherman, JJ., dissent and vote for affirmance.

Jesse Froehlich, Respondent, v. George MacDonald, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

Sadye Charlop, Individually and as Administratrix, etc., of Joseph J. Charlop, Deceased, Appellant, Respondent, v. Morris Charlop and Others, Respondents, Appellants, Impleaded with Others.— Interlocutory judgment so far as appealed from affirmed, without costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

H. P. Lilienthal & Co., Inc., Respondent, v. Adolph L. Simon, Appellant.—